GEORGE E. TRIBBLE et al. v. BAUER, POGUE & Co., INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 906.]

In the Matter of the Arbitration between AARON A. LINNE and STUYVESANT CONSTRUCTION CORP.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante*, p. 982.]

ALFRED C. BLUMENTHAL v. MARGARET F. BLUMENTHAL.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante*, p. 973.]

MALVINA KREMER v. CHARLES H. KREMER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 964.]

812 PARK AVENUE CORPORATION v. REGINA P. PESCARA.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 436.]

In the Matter of GEORGE T. NIERENBERG et al., against ARMY & NAVY ACCESSORY STORE, INC., et al.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 903.]

LOUIS ENG v. EDWARD C. TOM et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon the filing by appellant John K. Barber of the undertaking prescribed by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 967.]

LUCIUS WILMERDING v. FIORELLO H. LA GUARDIA et al., Constituting the Board of Estimate of the City of New York, et al.— Motion for an order amending the order of this court entered herein on December 22, 1944, so as to provide that the affirmance of the order appealed from insofar as it denies plaintiff's motion for a preliminary injunction be upon condition that the defendants consent to an immediate trial of this action and that the case be set for trial on the 22d day of January, 1945, denied with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *ante*, p. 496.]

### (January 19, 1945.)

LENORE DIAMOND, Respondent, v. H. ELIAS DIAMOND, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CATHERINE MURPHY, Respondent, v. MOLLIE LIFSCHITZ et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [183 Misc. 575.] [See 269 App. Div. 663.]

BELLE HERSCH, Appellant, v. HARRY SCHWARTZ, Defendant, and GILBERT'S MENS WEAR, INC., Defendant-Respondent.— On the particular facts presented in this record, the judgment appealed from should be affirmed. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.